modified by striking out provision for trial of issue of condonation first, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Samuel Kanner, Appellant, v. Hyman Gerstner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Nemours Trading Corporation, Respondent, v. Alfred C. Gaunt, Appellant.— Order affirmed, with ten dollars costs and disbursements; bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Nemours Trading Corporation, Respondent, v. Alfred C. Gaunt, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Linda Miller, Respondent, v. Paul Prager and Others, Impleaded with Christopher Schaefer, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Aborn Steel Company, Inc., Respondent, v. Jisaburo Takito and Another, Defendants, and Kashiro S. Kodama and Another, Appellants, Individually and as Copartners, Doing Business under the Firm Name and Style of Takito, Ogawa & Co.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to apply at Special Term for a commission on written interrogatories. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Abraham Block, Appellant, v. Bacon Coal Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Anderson* v. *Nassau Electric Railroad Co.* (138 App. Div. 816). Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Julius Gottlieb, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Lottie Polak, Appellant, v. Samuel Polak, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Eva Stern v. Fannie Bromberg.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

S. Candel Company, Inc., v. Abraham Ratkowsky.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with